Decided March 23, 1995

STATE OF CONNECTICUT *v.* HARRY J. BRUNSON

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 576 (AC 12082), is denied.

*Donald Dakers,* special public defender, in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided March 23, 1995